1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  SHELENE BRIGGS,                                    No. 2:16-CV-1831-CMK

12              Plaintiff,

13        vs.                                          ORDER

14  COMMISSIONER OF SOCIAL
    SECURITY,

15

                Defendant.

16
                                          /
17

18              Plaintiff, who is proceeding with retained counsel, brings this action under

19  42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

20  Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 2).

21  The motion is incomplete.  Specifically, in response to Question No. 3, plaintiff does not provide

22  any response to sub-questions a through d.  Plaintiff will be provided an opportunity to either pay

23  the filing fees for this action or submit a <u>completed</u> application for leave to proceed in forma

24  pauperis.  Plaintiff is cautioned that failure to comply with this order may result in dismissal of

25  the action.  <u>See</u> Local Rule 110.

26  / / /

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied without prejudice;

2.     Within 15 days of the date of this order, plaintiff shall either pay the filing fees for this action or submit a completed application for leave to proceed in forma pauperis.

DATED: April 12, 2017

_____

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE