BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHELENE BRIGGS**<br>    xxx-xx-7808<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**COMMISSIONER OF SSA**<br><br>    **Defendant.** | Case No. 16-cv-01831-CMK<br><br>**REQUEST FOR ADDITIONAL TIME TO FILE AMENDED IFP APPLICATION AND ORDER** |

On April 13, 2017, the Court denied plaintiff's IFP application and ordered that within 15 days she either submit a complete application or pay the filing fee. At this time, plaintiff requests that she be given until May 8, 2017, to file a more complete application. Counsel was

1

not able to communicate with plaintiff until today, May 1, 2017, when her phone was turned back on.

**ORDER**

APPROVED AND SO ORDERED.

Dated: May 4, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE