IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELENE BRIGGS, | No. 2:16-CV-1831-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Plaintiff has resolved the fee status for this case. The Clerk of the Court is directed to issue a summons and serve on plaintiff the summons along with the undersigned's scheduling order in social security cases.

      IT IS SO ORDERED.

DATED: June 8, 2017

                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE