BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELENE BRIGGS<br>xxx-xx-7808<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No. 16-1831 CMK<br><br>ORDER EXTENDING<br>PLAINTIFF'S TIME TO FILE<br>SUMMARY JUDGEMENT MOTION |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to January 19, 2018.

Dated: January 16, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1