MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SHELENE BRIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-CV-01831-CMK<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

Plaintiff Shelene Briggs and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-captioned case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to re-evaluate the medical opinion evidence. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and close this file.

Respectfully submitted,

Dated: March 15, 2018　　By:　　*/s/ Bess Murchison Brewer* *
　　　　　　　　　　　　　　　　BESS MURCHISON BREWER
　　　　　　　　　　　　　　　　Law Office of Bess M. Brewer
　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　(*by email authorization on 3/15/18)

　　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　Social Security Administration

Dated: March 15, 2018　　By:　　/s/ *Gina Tomaselli*
　　　　　　　　　　　　　　　　GINA TOMASELLI
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　Attorneys for Defendant

IT IS SO ORDERED.

Dated: March 19, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. for Vol. Remand; No. 16-1831-CMK