BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517
besshelena@earthlink.net
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELENE BRIGGS<br>xxx-xx-7808<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF SSA,<br>Defendant. | Case No. 16-1831 CMK<br><br>ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of in the amount of FIVE THOUSAND FIVE HUNDRED ONE DOLLARS AND EIGHTY NINCE CENTS (**$5,501.89**), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: April 16, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE